IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

_03-00444_
(Inmate Number)

_Jervis Lavern Goodrich_
(Name of Plaintiff)

_Snyder County Prison, 600 old_
(Address of Plaintiff)

_Colony Rd. Selinsgrove, PA 17870_

vs.

_Pennsylvania State Troopers,_
_Stephen Wilcox. Badge # 7910_
_Christopher Soo. Badge # 7649_
(Names of Defendants)

**4:CV 04-1603**
(Case Number)

CIVIL
COMPLAINT

FILED
HARRISBURG, PA
JUL 22 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

I.  Previous Lawsuits

   A.  If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:
   
   _Jervis Lavern Goodrich v. Clinton County Prison_
   _Case No: 1:03-CV-1469_
   _Judge Rambo 3rd cir._

II. Exhaustion of Administrative Remedies

   A.  Is there a grievance procedure available at your institution?
       ___Yes  ___No

   B.  Have you filed a grievance concerning the facts relating to this complaint?
       ___Yes  _X_No
       
       If your answer is no, explain why not _I had to await a ruleing from a Judge to prove and support the violations stated._

   C.  Is the grievance process completed? ___Yes ___No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant _Trooper Stephen Wilcox_ is employed as _PA State Trooper_ at _712 Tenth St. Mill Hall PA 17757._

B. Additional defendants _Trooper Wilcox's partner Christopher Soo also stationed at the Lamar Berricks in Mill Hall._

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. _See Attached Statement No. #1_
   _2 Pages_

2. _See Attached Complaint #2_
   _7 Pages_

3. _See Attached Norterized Affidavit_
   _1._

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I will seek puinitive, monatary, companstory damages and Emotional/mental anguish for incarceration for the past two years which stemend from the illegal stop & search

2. I will leave the damage's open for disscussion, simply becuse I expect to add two more state troopers and Clinton counties District Attorney.

3. As previously mentioned, the prosectorial misconduct that Ted Mcknight had used, along with these troopers involved, was of various types of state & federal misconduct, which he and the feds, continue to inflict on me. I stated above I would leave damages open; However 2 years of jail and continuos torment, brings me to the amount of $500,000 (Five Hundred Thousand Dollars) Amendments will be filed for the others at a later date.

Signed this __12Th__ day of __July__, 2004

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__7-12-04__   _____
(Date)        (Signature of Plaintiff)

3

# #1.
# STATEMENT

PLEASE TAKE NOTICE THAT I JERVIS LAVERN GOODRICH PETIONER AND PLAINTIFF IN THIS MATTER IS FILING A STATEMENT AND COMPLAINT AGAINST TWO PENNSYLVANIA STATE TROOPERS. WHO ARE LISTED AS FOLLOWS:

STATE TROOPER. <u>STEPHEN WILCOX</u>

BADGE NO.
<u>7910</u>

STATE TROOPER. <u>CHRISTOPHER SOO</u>

BADGE NO.
<u>7649</u>

BOTH TROOPERS ARE STATIONED AT THE LAMAR BERRICKS LOCATED ON 712 TENTH STREET, MILL HALL PENNSYLVANIA 17757. THE PLAINTIFF IS INCARCERATED AT THE SNYDER COUNTY PRISON, 600 OLD COLONY ROAD, SELINSGROVE PA 17870. PLAINTIFF IS

1.

Filing under 42 U.S.C. Section 1983 and is pro se. On September 10th 2002, Trooper Wilcox and his partner Trooper Soo, made an unlawfull investigatory stop of an automobile at a 11:19pm in the evening. Durring that time the occupants of the vehical, mrs Malissa Kinne (driver) her fiancee at the time Jervis Goodrich (passanger) and plaintiff in this case, were not in any way violateing any vehical codes or breaking the law. Due to the illegal stop by Trooper Wilcox and Trooper Soo, we were later subjected to an illegal search and seizer, false arrest, harrasment and illegal incarceration. Mrs Kinne and I were never given our Amanda Rights and were subjected to Fourth and Fifth Amendment violations. This kind of police misconduct is unconstitutional and must not be ignored

_____
PLAINTIFF'S SIGNITURE

7-12-04
DATE

2.

# 2.

# COMPLANT

This INCIDENT TOOK PLACE IN Mill Hall, PA. IT WAS A 11:19 PM IN The evening when, AT The Time, my FIANCEE Mrs Kinne And myself were Traveling Down Agnew. Street, IN Mill Hall, we were obaying All Traffic codes And Braking No Laws, As we were Heading Down Agnew. Street, planning To Turn on To Pennsylvania Avenuew At The intersection, when out of no where An unidentified vehical Turned up Agnew Street, After Almost passing The Street itself. The vehical Backed up, Then Began Traveling Torwards us At A good pace. We Thought Nothing of it And continued Torwards The undentified vehical. At The point when Both vehicals were About (15) Feet From each other, The vehical comming at us For Know Apparant Reason pulled right in our Lane causing Mrs Kinne To Slam on Her Brakes And Scream. I Had My Feet up on The Dash And Bracing myself when Both vehicals came To A Hault. Then Lights Began To Flash on The other vehical. Mrs Kinne And myself were in shock And became Furious, That A State-Trooper would Actually make An unreasonable And erratic nose to nose vehical stop in The middle of The night For Absolutely no Reason other Then Forcing our vehical To Stop or Hit Head on. There were Two

1.

State Trooper's getting out of there car. When Mrs Kinne rolled down her window Trooper Soo approached Mrs Kinne's window which she angerly said "what in the world is going" Trooper Soo started a short explanation as to why we were stopped. He continued by saying that they had recieved a call from someone, who saw two people walking through a clay yard or factory carrying tanks and placing them in the trunk of a dark colored vehical. At that point Mrs Kinne interupted Trooper Soo, and informened him that we had just seen two women in a dark grayish car take off minutes ago like a bat of hell. Trooper Soo asked where they tore out of. Mrs Kinne replied, from a turn around a the end of the street. By this time a third state trooper pulled up behind us boxing us in. Trooper Soo ordered us to stay put. Then he took off on foot in the direction we came from, when he returned he asked us both to step out of our car, we did as he asked, we gave him or names and our addresse's. The we returned to our car. Where we sat for founty minutes. We had no idea what was going on and we were told nothing except to wait. Then Trooper Wilcox asked me to step out of the car for the second time. I did as he asked.

2.

He then asked me about a warrant out of Tioga County NY, at the time I knew nothing about any warrants from NYS. I then asked why I was wanted, he said a parole violation, Failure to Appear. And we're waitting to see if there going to extradite. Once again I returned to our car. where I began to tell mrs Kinne what trooper Wilcox said about the warrant. Finally about an hour and half later Trooper Soo, told me that Tioga County wants me held and I was under arrest for Fugitive From Justice, mrs Kinne and I knew this was not true. Theirs two reasons why (A) I was never contacted by Tioga County prior to this incident about any court proceedings and (B) I never to this day been on parole or probation in Tioga County NY, or in any county of New York. I did due a one year flat sentence for bad checks back in 1998, I was to pay the checks back, which Ive not done. And the warrant is becuse of that. But I contacted Tioga County and I learned the warrant is non-extraditable. So the troopers had no right arresting me on that warrant. They did anyway. which gave them time to illegally rummage for evidence why me and mrs Kinne, sat clueless as to what was going to happen to us. While I was talking to Trooper Soo, mrs Kinne still in the car cried out my name "Jerry what is He doing", I looked in

3.

Through the open passangers window where mrs Kinne was seated, I saw Trooper Wilcox under her seat with his flashlight, I ordered Trooper Wilcox out of the vehical and told him he can't do that, He got up and stepped away from the car and mrs Kinne closed her door. Then I was asked by Trooper to step over to there cruiser. I asked mrs Kinne to come with me becuse she was scared and crying. Once we got over to their cruiser. Trooper Wilcox placed me under arrest and put me in the cruiser. According to Trooper Soo, I was being arrested for theft and the warrant, nobody read me my Amanda Rights or told me what I supposedly stole. Mrs Kinne was standing next to Trooper Soo, while several other Troopers inclueding Trooper Wilcox, trashed the inside of our vehical through the open windows. They went through our clothing, the glove box, tried to pull on the back seat so they could try and get into the trunk that way. After the Troopers rummaged through the inside of our car and found no sign of evidence or criminal activity, I told mrs Kinne to get back in our car and stay put she did. By this time Trooper Davy and Trooper Patterson arrived. At that time these officers made several trips on foot up and down Agnew street and they kept looking at the trunk lid of our vehical.

4.

Mrs Kinne was watching them in her rear veiw mirror and remained totally confused as I was. What the Troopers were doing made no sense at all. Then Trooper Wilcox approached Mrs Kinne's open window and asked her to step out of the car. This was her second time getting out of the car. Trooper Patterson made the decision to arrest Mrs Kinne on theft charges, she began to cry and asked the Troopers what it was that she supposedly stole and from who. They said we don't know yet. Trooper Wilcox placed hand cuff's on her and Trooper Soo went down the right side of Mrs Kinne's underwear for the trunk key. Mrs Kinne had put that key their becuse we told the Troopers, we did not want them searching the trunk or the car itself, Even though they had already trashed the car they wouldn't take no for an answer about searching the trunk. So Mrs Kinne hid the key on her persons. So they just took the key from her. As Trooper Wilcox was placing Mrs Kinne in the cruiser he stepped on her right ankle and drew blood, she began to cry and I was completely Fuirious that this Trooper was treating us so cruely, we did nothing to warrant this kind of treatment. The Troopers still would not tell us anything to explain there illegal conduct. Nore did they read Mrs Kinne her Amanda rights. I told Trooper Soo that I

5.

had legal documents from New York state dated September 5th 2002, stating I had no warrants as of that date. Trooper Soo, said can someone bring those documents to the Berricks, I said yes. At that point Trooper Soo, gave Corporal Todd Brian the keys that he had taken from Mrs Kinne, I was seated in Trooper Wilcox's cruiser and Kinne was in Corporal Brian's, we were getting ready to leave for the Berricks, when Corporal Todd Brian handed off the trunk key to Trooper Richard Davy, who stayed at the scene with Trooper Kevin Patterson and Trooper David Kirkendall. As we pulled away Mrs Kinne was looking back at our car and told me later at the station that she saw the trunk lid come up as we were pulling away. I knew that even though we told the troopers they couldn't search the entire car without a warrant, they're "So what" attitudes angered us even more. After we were taken to the Lamar Berricks and chained to the floor like dogs, we begged for a phone call, they wouldn't let us use the phone until some 3 hours later. Mrs Kinne called her son and explained what the troopers had done to us, and asked him to bring down the legal documents concerning this so called warrant out of NYS. Two hours later Kinne's son had arrived at the Berricks with the legal

6.

Documents. The Troopers Refused the Documents They wouldn't even let us see him. Fianally around 7:00am we were taken to magistrate magg's office and given $75,000.00 Dollar Bail and taken to Jail, Clinton County prison. From that day September 11th 2002, the plaintiff has been jailed to the present. Also their will be amendments added to this complaint concerning several other Troopers that were involved and a in Depth complaint about Clinton counties District Attorney Ted McKnight who for seven months corrupted and tainted my case and then pushed the case into the Federal system so that there was no way I could have the opportunity for Full and Fair Litigation in State court, For he knew he tainted the case. This complaint is only the beginning to all who's involved. What the Troopers and the DA have done to me is unconstitutional

_____
Signiture plaintiff

_____7-12-04_____
Date

7.

# AFFIDAVIT

I Jervis Lavern Goodrich, hereby certify that the information here in the statement and complaint against Pennsylvania State Troopers, Stephen Wilcox and his partner Christopher Soo, are true and correct to the best of my knowledge and ability. Also on this 12th day of July 2004, I verify that I am in possession of a memorandum and order dated April 29, 2004, where the Honorable Judge Jones has ruled that the investigatory (Terry stop) was in fact illegal and found the search of the vehical invailed, which gives the foregoing statement and complaint merit under 42 U.S.C. Section 1983, (Government protection of the constitutional violations) shall be summonds in this case.

7-12-04

_Sylvia C. Brown_

Notarial Seal
Sylvia C. Brown, Notary Public
Penn Twp., Snyder County
My Commission Expires Oct. 31, 2005
Member, Pennsylvania Association Of Notaries

_Jervis Goodrich_
PLAINTIFF Signiture

7-12-04
DATE

3-00444
Snyder county prison
600 old colony Rd.
Selinsgrove, pa 17870

Clerk of courts
U.S. District Court House
228- Walnut Street
P.O. Box 983
Harrisburg, pa 17108

